**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 25 2006

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL INDICTMENT |
| ALISHA MEDLIN, | : NO. 1:06-CR-049 |
| CALVIN B. JACKSON, | : |
| WENDELL MONROE, a/k/a "Duca" a/k/a "Dukem" | : |
| LEE GRANT SEGERS | : |

THE GRAND JURY CHARGES THAT:

COUNT ONE

From on or about January 1, 2004, through on or about April 1, 2004, in the Northern District of Georgia, the defendants, ALISHA MEDLIN, CALVIN B. JACKSON, WENDELL MONROE, also known as "Duca" or "Dukem", and LEE GRANT SEGERS, did combine, conspire, confederate, agree, and have a tacit understanding with each other, and with a person or persons unknown to the Grand Jury, to knowingly cause false representations to be made with respect to information required to be kept in the records of a federal firearms licensee, licensed under Chapter 44 of Title 18, United States Code, an offense against the United States in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Overt Acts

In furtherance of the conspiracy and in order to accomplish the goals thereof, the defendants, ALISHA MEDLIN, CALVIN B. JACKSON, WENDELL MONROE, also known as "Duca" or "Dukem", and LEE GRANT SEGERS, committed and caused to be committed overt acts, including, but not limited to, the following:

1. In January of 2004, defendants CALVIN B. JACKSON, WENDELL MONROE, and LEE GRANT SEGERS, drove to Georgia from New York in JACKSON's vehicle.

2. Defendants CALVIN B. JACKSON, WENDELL MONROE, and LEE GRANT SEGERS, stayed at the residence of defendant, ALISHA MEDLIN, while in Georgia during late January 2004 and February 2004.

3. Defendant WENDELL MONROE gave defendant ALISHA MEDLIN money and a pair of fake diamond earrings for MEDLIN to purchase firearms for defendants CALVIN B. JACKSON, WENDELL MONROE, and LEE GRANT SEGERS, on three different occasions, as detailed below.

4. That defendants CALVIN B. JACKSON, WENDELL MONROE, and ALISHA MEDLIN, did attempt to alter or obliterate the serial numbers on the firearms after purchasing them.

5. Defendants CALVIN B. JACKSON, WENDELL MONROE, and LEE GRANT SEGERS, then transported the firearms from Georgia back to New York in JACKSON's vehicle, which JACKSON and SEGERS took turns driving.

6. Further, the offenses described in Counts Two through Six of this Indictment are hereby incorporated by reference and alleged as

overt acts in furtherance of the conspiracy as if fully set forth herein.

All in violation of Title 18, United States Code, Section 371.

### COUNTS TWO - FOUR

On or about the respective dates listed below, in the Northern District of Georgia, the defendants, ALISHA MEDLIN, CALVIN B. JACKSON, WENDELL MONROE, also known as "Duca" or "Dukem", and LEE GRANT SEGERS, aided and abetted by each other, did knowingly cause false representations to be made with respect to information required to be kept in the records of a federal firearms licensee, listed below, licensed under Chapter 44 of Title 18, United States Code, in that the said defendant, ALISHA MEDLIN, did cause to be falsely represented on Firearms Transaction Records, ATF Forms 4473, that ALISHA MEDLIN was the transferee or buyer of the stated firearms, listed below, when in fact, the true transferee, or buyer, of the firearms was not the said ALISHA MEDLIN:

| COUNT | DATE | FIREARMS | LICENSEE |
|---|---|---|---|
| Two | 01-31-04 | 1• Bryco Arms, Model 38, .380 caliber pistol, serial number 1598783;<br>2• Cobra, Model FS380, .380 caliber pistol, serial number FS002667; | Arrowhead Pawn Jonesboro, Georgia |
| Three | 02-04-04 | 1• Masterpiece Arms, 9 millimeter pistol, serial number B1594;<br>2• Masterpiece Arms, 9 millimeter pistol, serial number B1593; | Reliable Auto Parts d/b/a Pawn Warehouse Ellenwood, Georgia |
| Four | 02-07-04 | 1• HiPoint, Model C, 9 millimeter pistol, serial number P155479;<br>2• Bryco Arms, Model 38, .380 caliber pistol, serial number 1596205. | Arrowhead Pawn Jonesboro, Georgia |

All in violation of Title 18, United States Code, Section 924(a)(1)(A); and Title 18, United States Code, Section 2.

## COUNT FIVE

Between on or about February 7, 2004, and on or about April 1, 2004, in the Northern District of Georgia, the defendants, CALVIN B. JACKSON, WENDELL MONROE, also known as "Duca" or "Dukem", and LEE GRANT SEGERS, aided and abetted by ALISHA MEDLIN and each other, not being licensed importers, manufacturers, dealers, and collectors, willfully transported into the State of New York, where they then resided, firearms, as listed in Counts Two through Four, above, said firearms having been purchased by the defendants outside of the State of New York, in violation of Title 18, United States Code, Sections 2 and 922(a)(3).

## COUNT SIX

Between on or about January 30, 2004, and on or about February 8, 2004, in the Northern District of Georgia, the defendant, ALISHA MEDLIN, not being a licensed importer, manufacturer, dealer, and collector of firearms, aided and abetted by defendants CALVIN B. JACKSON, WENDELL MONROE, also known as "Duca" or "Dukem", and LEE GRANT SEGERS, willfully transferred firearms, as listed in Counts Two through Four, above, to defendants CALVIN B. JACKSON, WENDELL MONROE, also known as "Duca" or "Dukem", and LEE GRANT SEGERS, said persons not being a licensed importer, manufacturer, dealer, and

collector of firearms, and said persons then residing in the State of New York, a State other than that in which the defendant ALISHA MEDLIN, was residing at the time of the aforesaid transfer of the firearms, in violation of Title 18, United States Code, Sections 2 and 922(a)(5).

A ____True____ BILL

____Merrilee Stephens____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

____[signature]____
TODD C. ALLEY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6079
Georgia Bar No. 012321