# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cr-00049-ODE-JMF
## USA v. Medlin et al
## Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 10/30/2006.

TIME COURT COMMENCED: 4:44 P.M.
TIME COURT CONCLUDED: 4:51 P.M.
TIME IN COURT: 00:07
COURT REPORTER: Pat Tanner
DEPUTY CLERK: Vicki Hanna

| | |
|---|---|
| DEFENDANT(S): | [1]Alisha Medlin Present at proceedings |
| ATTORNEY(S) PRESENT: | Todd Alley representing USA<br>Nathan Wade representing Alisha Medlin |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | See J&C for sentencing. |